# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| **Anita L. Bryant,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **V.** ) | Case No. 10-0550-CV-W-JTM |
| ) | |
| **Michael J. Astrue,** ) | |
| ) | |
| **Defendant.** ) | |

# ORDER

On Tuesday, March 29, 2011, the court heard oral argument on *Bryant Brief In Support Of The Complaint,* filed September 13, 2010 [Doc. 7]; *Brief For Defendant*, filed November 29, 2010 [Doc. 10]; and *Bryant Reply Brief,* filed December 23, 2010 [Doc. 11]. After due consideration of the issues presented, and for the reasons set forth by the Court at the conclusion of the arguments, it is

**ORDERED** that the decision of the Commissioner is **AFFIRMED**.


                                       */s/ John T. Maughmer*
                                       **JOHN T. MAUGHMER**
                                     **U. S. MAGISTRATE JUDGE**